George A. Raftery v. Grace H. Carter and Others.— Motion granted, unless appellant complies with terms stated in order. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Charles C. Murray, as Receiver of the Allegheny National Bank of Pittsburgh, v. Robert H. Simpson, Individually and as Executor, etc.— Motion granted, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Isaac Voron v. Sabbatia Chait.— Motion denied, without costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Hartwig N. Baruch v. Richard W. Buckley.— Motion granted, unless appellant complies with terms stated in order. Present— Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Renown Paper Box Company v. Hyman Topilow and Another.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Richard J. Hickson v. Joseph E. Ridder.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Richard J. Hickson v. Joseph E. Ridder.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Nathan Baer v. Michael J. Kenny and Others.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Nathan Baer v. Michael J. Kenny and Others.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Frederick E. Rodd v. C. F. Biele & Sons Company.— Application denied with ten dollars costs. Order signed. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Isaac Fishman v. William Baumstein. – Application granted. Order signed. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

East Forty-sixth Street Millinery Company v. Anderson Auction Company.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Arlington Refrigerator Company v. Samuel Steinfeld and Another.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Evelyn de Cordova, as Executrix, v. Arthur J. Sanville.— Motion granted; question certified. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Bertha Solinger v. Louis Feder and Others.— Motion denied, with ten. dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Charles E. Miller v. George Harvey.— Motion granted. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.